# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL NO. 2545<br>Master Docket Case No. 1:14-cv-01748<br>Honorable Matthew F. Kennelly |
| WILLIAM BOWLES,<br>　　　　　Plaintiff,<br>v.<br>ELI LILLY AND COMPANY, ET AL.,<br>　　　　　Defendants. | Case No. 1:17-cv-1453 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff William Bowles, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses without prejudice his claims against Axiron defendants, Eli Lilly and Company, Lilly USA, Inc., Acrux Commercial Pty Ltd., Acrux DDS Pty Ltd. only.

Respectfully submitted this 21st day of April, 2017.

Respectfully submitted,

*/s/ David C. DeGreeff*
| David C. DeGreeff | MO # 55019 |
|---|---|
| Thomas P. Cartmell | MO # 45366 |
| Jeffrey M. Kuntz | MO # 52371 |

Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
ddegreeff@wcllp.com
tcartmell@wcllp.com
jkuntz@wcllp.com

*Counsel for Plaintiff*

4843-5147-9879, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:  /s/ *David DeGreeff*
      Attorney