# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION,

THIS DOCUMENT RELATES TO:

All Cases Listed in Exhibit A

MDL NO. 2545

Master Docket Case No. 1:14-cv-01748

Judge Matthew F. Kennelly

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

\*    ☒    other: Pursuant to the Court's order of 5/26/2017 in the MDL 2545 master file, Case No. 14 C 1748 (dkt. no. 1970), plaintiff's claims against Pfizer Inc. and Pharmacia & Upjohn Co. are dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly.

Date: 6/23/2017                                              Thomas G. Bruton, Clerk of Court

                                                             Pamela J. Geringer, Deputy Clerk

# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

*In re Testosterone Products Liability Litigation*
Case No. 1:14-cv-01748

List of Cases to be Dismissed with Prejudice
Pursuant to CMO 19(B) Amended

**Multiple Defendants**

| | Plaintiff's Name | Docket Number | Defendants | Plaintiff Counsel |
|---|---|---|---|---|
| 1 | Bowling, Jerry | 1:16-cv-11575 | AbbVie Inc.; Abbott Laboratories, Inc.; AbbVie Products, LLC; Unimed Pharmaceuticals; Pfizer, Inc.; Pharmacia & Upjohn Company, LLC | Douglas & London |
| 2 | Polselli, Christopher | 1:16-cv-11612 | AbbVie Inc.; Abbott Laboratories; AbbVie Products LLC; Unimed Pharmaceuticals, LLC; Besins Healthcare Inc.; Besins Healthcare, S.A.; Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Padberg Corrigan & Appelbaum |
| 3 | Brooks, Roger | 1:16-cv-11636 | Auxilium Pharmaceuticals, Inc.; Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Meyers & Flowers |
| 4 | Marchetti, Anthony | 1:17-cv-00003 | AbbVie Inc.; Abbott Laboratories, Inc.; AbbVie Products, LLC; Unimed Pharmaceuticals, LLC; Auxilium Pharmaceuticals, Inc.; Endo Pharmaceuticals, Inc.; Eli Lilly and Company; Eli Lilly USA, LLC; Pfizer, Inc., Pharmacia and Upjohn Company Inc.; Actavis Inc.; Actavis Pharma Inc.; Actavis Laboratories UT, Inc.; Anda Inc. | Douglas & London |
| 5 | Armstrong, William | 1:17-cv-00624 | Endo Pharmaceuticals, Inc.; Auxilium Pharmaceutical, Inc.; Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Matthews & Associates |
| 6 | Coffey, Robert | 1:17-cv-00626 | Actavis, Inc.; Actavis Pharma, Inc.; Actavis Laboratories UT, Inc.; Anda, Inc.; Pfizer, Inc.; | Matthews & Associates |

1

|    | **Plaintiff's Name**   | **Docket Number** | **Defendants** | **Plaintiff Counsel** |
|----|------------------------|-------------------|----------------|------------------------|
|    |                        |                   | Pharmacia & Upjohn Company Inc. |  |
| 7  | Warren, Jr., James     | 1:17-cv-00641     | AbbVie, Inc.; Abbott Laboratories, Inc.; Pfizer, Inc. | Morgan & Morgan, PA |
| 8  | Edmerson, Coolidge     | 1:17-cv-00829     | Auxilium Pharmaceutical, Inc.; Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Matthews & Associates |
| 9  | Wrobel, David Michael  | 1:17-cv-00863     | AbbVie Inc.; Abbott Laboratories; AbbVie Products LLC; Unimed Pharmaceuticals, LLC; Besins Healthcare Inc.; Besins Healthcare, S.A.; Pfizer, Inc.; Pharmacia & Upjohn Company, Inc. | Matthews & Associates |
| 10 | Cruickshank, Emerson   | 1:17-cv-00971     | AbbVie Inc.; Abbott Laboratories; AbbVie Products LLC f/k/a Solvay Pharmaceuticals, Inc.; Unimed Pharmaceuticals, LLC f/k/a Unimed Pharmaceuticals; Solvay, S.A.; Besins Healthcare Inc. f/k/a Besins-Iscovesco U.S., Inc.; Besins Healthcare, S/A f/k/a Laboratories Besins-Iscovesco, S.A.; Eli Lilly and Company; Lilly USA, LLC; Acrux Limited; Acruz DDS Pty Ltd.; Endo Pharmaceuticals, Inc.; Auxilium Pharmaceuticals, Inc; GlaxoSmith Kline LLS; Pfizer, Inc.; Endo; Pharmacia & Upjohn Company Inc.; Actavis plc; Actavis, Inc.; Actacis Pharma, Inc.; Actavis Laboratories UT, Inc.; Watson Laboratories, Inc.; Anda, Inc. | Napoli Shkolnik PLLC |
| 11 | Font, James            | 1:17-cv-01074     | AbbVie, Inc.; Abbott Laboratories; Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Hovde Dassow & Deets LLC |
| 12 | Pixley, Clifford       | 1:17-cv-01395     | AbbVie, Inc.; Abbott Laboratories; AbbVie Products, LLC; Unimed Pharmaceuticals, LLC; Besins Healthcare, Inc.; Besins Healthcare, S.A.; Pfizer, Inc.; Pharmacia & Upjohn Company, Inc. | Davis & Crump, P.C. |
| 13 | Hoobler, Robert        | 1:17-cv-01397     | AbbVie, Inc.; Abbott Laboratories; AbbVie Products, LLC; Unimed Pharmaceuticals, LLC, Besins Healthcare, Inc.; Besins Healthcare, S.A.; Pfizer, Inc.; Pharmacia & Upjohn Company, Inc. | Davis & Crump, P.C. |

|    | **Plaintiff's Name** | **Docket Number** | **Defendants** | **Plaintiff Counsel** |
|----|---------------------|-------------------|----------------|----------------------|
| 14 | Vactor, Carl | 1:17-cv-01448 | Carl Vactor v. Actavis, Inc.; Actavis Pharma, Inc.; Actavis Laboratories UT, Inc.; Anda, Inc.; Pfizer, Inc.; Pharmacia & Upjohn Company Inc | Wagstaff & Cartmell, LLP |
| 15 | Bowels, William | 1:17-cv-01453 | Eli Lilly and Company; Lilly USA, LLC; Acrux Commercial Pty Ltd.; Acrux DDS Pty Ltd.; Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Wagstaff & Cartmell, LLP |
| 16 | Blankenship, Bobby F. | 1:17-cv-01850 | AbbVie Inc.; Abbott Laboratories; Unimed Pharmaceuticals, LLC; Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | Branch Law Firm |
| 17 | Barton, Terry | 1:17-cv-02262 | Actavis, Inc.; Actavis Pharma, Inc.; Actavis Laboratories UT, Inc.; Anda, Inc.; Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | The Levensten Law Firm, P.C. |
| 18 | Smith, Chester | 1:17-cv-02400 | AbbVie Inc.; Abbott Laboratories; AbbVie Products LLC; Unimed Pharmaceuticals, LLC; Besins Healthcare Inc.; Besins Healthcare, S.A. Pfizer, Inc.; Pharmacia & Upjohn Company Inc. | MacDonald, Rothweiler, Eisenberg LLC |